1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Steven G. Madison (Bar No. 101006)
2     stevemadison@quinnemanuel.com
      Shon Morgan (Bar No. 187736)
3     shonmorgan@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017
   Telephone:     (213) 443-3000
5  Facsimile:     (213) 443-3100

6     Karin Kramer (Bar No. 87346)
      karinkramer@quinnemanuel.com
7     Arthur M. Roberts (Bar No. 275272)
      arthurroberts@quinnemanuel.com
8  50 California Street, 22nd Floor
   San Francisco, California 94111
9  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
10
   Attorneys for Defendant International Business
11 Machines Corporation

12
                         UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
14

15
   | CALLIE GREEN, individually and on behalf of all others similarly situated, | Case No.:  11-cv-1797-JSW |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND TRANSFERRING CASE TO EASTERN DISTRICT OF CALIFORNIA** |
   | vs. | |
   | HEALTH NET, INC., HEALTH NET OF CALIFORNIA, INC., and INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
   | Defendants. | |

23        Whereas, this case arises out of similar facts and involves largely the same parties as the

24 following cases pending in the Eastern District of California: *Whitaker v. Health Net of California,*

25 *Inc.*, No. 11cv910; *Assavarungnirum v.Health Net of California, Inc.*, No. 11cv1008; *Avila v.*

26 *Health Net, Inc.*, No. 11cv1097; *Bournas v. Health Net, Inc.*, No. 11cv1262; *Bowman v. Health*

27 *Net, Inc.*, No. 11cv1320;

28

                                                                    Case No.  11-cv-1797-JSW
   Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Transferring Case to Eastern District

1    Whereas, the parties in another related case in the Northern District, *Eandi v. Health Net,
2 Inc.*, No. 11-cv-2002-JSW, have stipulated to transfer that case to the Eastern District;

3    Whereas, there were also three related cases filed in the Central District of California;

4    Whereas, on May 13, 2011, Judge Anderson of the Central District transferred one of those
5 related cases to the Eastern District of California pursuant to 28 U.S.C. § 1404(a), *see Bowman v.
6 Health Net, Inc.*, No. 11-cv-2345, Dkt. No. 28 (C.D. Cal. May 13, 2011) (order attached as Exhibit
7 A) and filed an Order To Show Cause on May 13, 2011 as to why a second case should not be
8 transferred to the Eastern District;

9    Whereas, the parties have already filed stipulations to transfer to the Eastern District the
10 two remaining Central District cases, which are also before Judge Anderson;

11    Whereas, Judge Anderson found, and the parties do not here dispute, that the requirements
12 for a transfer under 28 U.S.C. § 1404(a) are met: the Eastern District is convenient for the parties
13 and witnesses; that district has easier access to evidence not available in electronic format; it has
14 subject-matter jurisdiction and personal jurisdiction over the parties; venue is proper; and several
15 other cases are pending there;

16    Whereas, it would be inefficient, expensive, and could lead to inconsistent results to have
17 this case pending in a different District from the other cases addressing the same event;

18    Whereas, for the reasons described above and for the reasons discussed in the *Bowman*
19 order, *see* Exhibit A, transfer of this case to the Eastern District of California is appropriate under
20 28 U.S.C. § 1404(a).

21    Therefore, the parties hereby stipulate as follows:

22    1.    The deadline for Defendants to respond to the complaint shall be extended to June
23 17, 2011;

24    2.    This case shall be transferred to the Eastern District of California under 28 U.S.C.
25 § 1404(a) for the convenience of parties and witnesses and in the interests of justice.

-2-   Case No.  11-cv-1797-JSW
Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Transferring Case to Eastern District

| | | |
|---|---|---|
| 1 | DATED: May 24, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ Karin Kramer[1]
Karin Kramer
Attorneys for Defendant International Business Machines Corporation

DATED: May 24, 2011        SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

By /s/ Todd M. Schneider
Todd M. Schneider
Attorneys for Plaintiff Callie Green

DATED: May 24, 2011        CROWELL & MORING LLP

By /s/ Ethan P. Schulman
Ethan P. Schulman
Attorneys for Defendants Health Net of California, Inc. and Health Net, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   May 25   , 2011

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White

---

[1] I attest that I have obtained approval to file this document on behalf of the other signatories.